UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CASE NO: 0:23-cv-60140**

JOSHUA WINDHEIM, on behalf of himself and all others similarly situated,

    Plaintiff(s),

v.

CORTEO BROTHERS, INC. d/b/a UMBERTO'S RESTAURANT & PIZZERIA, and SALVATORE CORTEO, individually,

    Defendants.

_____/

## **ORDER**

THIS CAUSE came before the Court upon the Parties' Joint Motion for Approval of Settlement Agreement and Request for Order of Dismissal with Prejudice ("the Motion"). The Court is fully advised on the premises herein.

Having reviewed the Joint Motion and Settlement Agreement, the Court finds that the Settlement reached between the Parties is fair and reasonable under the circumstances. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor,* 679 F.2d 1350, 1355 (11th Cir. 1982). Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Motion is **GRANTED**;
2. The Parties' Settlement Agreement is hereby **APPROVED**;
3. The Case is **DISMISSED WITH PREJUDICE**;
4. The Court will retain jurisdiction to enforce the terms of the Settlement Agreement for thirty (30) days;
5. The clerk is directed to **CLOSE** the case and **DENY** any pending motions as moot; and

DONE and ORDERED in Chambers in Fort Lauderdale, Florida, on this 21st day of March, 2023.

                                                  **HONORABLE PAUL C. HUCK**
                                                **UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of Record*